September 15, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

PIROCHEM INTERNATIONAL, L.L.C., Appellant

NO. 14-14-00518-CV                 V.

XELIA PHARMACEUTICALS APS, F/K/A AXELLIA PHARMACEUTICALS, APS, Appellee

_____

       This cause, an appeal from the judgment in favor of appellee, Xelia Pharmaceuticals APS, signed March 25, 2014, was heard on the transcript of the record. The record shows that the judgment is not final. We therefore order the appeal **DISMISSED**.

       We order appellant, Pirochem International, L.L.C., to pay all costs incurred in this appeal.

       We further order this decision certified below for observance.